■ In the Matter of LYNDON B. SMITH, Appellant, v. RUSSELL G. OSWALD et al., Constituting the Board of Parole, Respondents.— MEMORANDUM BY THE COURT. Judgment dismissing petition affirmed, without costs (see *People ex rel. Rankin* v. *Ruthazer,* 304 N. Y. 302; *People ex rel. Holliday* v. *Weaver,* 7 A D 2d 665). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.